UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERTA R. JACKSON,<br><br>            Plaintiff,<br><br>    v.<br><br>PERALTA COMMUNITY COLLEGE DISTRICT; KAREN ULRICH; NANCY PAK; and GREGORY VALENTINE,<br><br>            Defendants. | Case Number 11-cv-05745 NC<br><br>**ORDER VACATING HEARING**<br><br>Re: Docket No. 13 |

      A hearing on Peralta Community College District's motion to dismiss currently is scheduled for February 15, 2012. Dkt. No. 13. Based on the papers submitted by the parties, the Court finds that the motion is appropriate for determination without oral argument. *See* Civil L.R. 7-1(b). Accordingly, the hearing is VACATED.

      IT IS SO ORDERED.

DATED: February 8, 2012

                                  NATHANAEL M. COUSINS
                                  United States Magistrate Judge