1  David M. Poore, (SBN 192541)
   BROWN | POORE LLP
2  1350 Treat Blvd., Suite 400
   Walnut Creek, California 94597
3  Telephone:    (925) 943-1166
   Facsimile:    (925) 943-1164
4  dpoore@bplegalgroup.com

5  Attorneys for Plaintiff
   ALBERTA JACKSON
6
   ALYSON S. CABRERA (SBN: 222717)
7  acabrera@gordonrees.com
   JENNIFER M. LYNCH (SBN: 272976)
8  jlynch@gordonrees.com
   GORDON & REES LLP
9  275 Battery Street, Suite 2000
10 San Francisco, CA 94111
   Telephone: (415) 986-5900
11 Facsimile: (415) 986-8054

12 Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ALBERTA R. JACKSON, | Case No. C 11-05745 NC |
|---|---|
| Plaintiff, | |
| | **STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION** |
| v. | |
| PERALTA COMMUNITY COLLEGE DISTRICT, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff ALBERTA JACKSON by and

through her attorney David M. Poore and Defendants PERALTA COMMUNITY COLLEGE

DISTRICT, NANCY PAK, GREGORY VALENTINE, and KAREN ULRICH by and through

-1-
STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION

their attorney Alyson S. Cabrera, that the above-captioned action be dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a). The parties are responsible for their own costs and attorneys fees.

Dated: March 25, 2013    BROWN | POORE LLP

　　　　　　　　　　　　　　_/s/David M. Poore_
　　　　　　　　　　　　　　David M. Poore
　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated: March 25, 2013    GORDON & REES LLP

　　　　　　　　　　　　　　_/s/Alyson S. Cabrera_
　　　　　　　　　　　　　　Alyson S. Cabrera
　　　　　　　　　　　　　　Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS ORDERED, the above-captioned action is hereby dismissed in its entirety with prejudice, each party to bear their own costs and attorneys fees.

Dated: March 25, 2013

Hon. Nathanael Cousins
United States Magistrate Judge

*IT IS SO ORDERED*
Judge Nathanael M. Cousins

-2-
STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION