David M. Poore, (SBN 192541)
BROWN | POORE LLP
1350 Treat Blvd., Suite 400
Walnut Creek, California 94597
Telephone:     (925) 943-1166
Facsimile:     (925) 943-1164
dpoore@bplegalgroup.com

Attorneys for Plaintiff
ALBERTA JACKSON

ALYSON S. CABRERA (SBN: 222717)
acabrera@gordonrees.com
JENNIFER M. LYNCH (SBN: 272976)
jlynch@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTA R. JACKSON,<br><br>         Plaintiff,<br><br>v.<br><br>PERALTA COMMUNITY COLLEGE DISTRICT, et al.<br><br>         Defendants. | Case No.  C 11-05745 NC<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION** |

IT IS HEREBY STIPULATED by and between Plaintiff ALBERTA JACKSON by and

through her attorney David M. Poore and Defendants PERALTA COMMUNITY COLLEGE

DISTRICT, NANCY PAK, GREGORY VALENTINE, and KAREN ULRICH by and through

-1-
STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION

their attorney Alyson S. Cabrera, that the above-captioned action be dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a). The parties are responsible for their own costs and attorneys fees.

Dated: March 25, 2013                                BROWN | POORE LLP

                                                                                /s/*David M. Poore*
                                                                                David M. Poore
                                                                                Attorneys for Plaintiff

Dated: March 25, 2013                                GORDON & REES LLP

                                                                               /s/*Alyson S. Cabrera*
                                                                                Alyson S. Cabrera
                                                                                Attorneys for Defendant

## ORDER

PURSUANT TO STIPULATION, IT IS ORDERED, the above-captioned action is hereby dismissed in its entirety with prejudice, each party to bear their own costs and attorneys fees.

Dated: March 25, 2013

Hon. Nathanael Cousins
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Nathanael M. Cousins*